**United States Bankruptcy Court**
**District of Connecticut**

In re  **Shaw Street Properties, LLC**  
Debtor(s)

Case No.  **22-20486**  
Chapter  **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Pierce Hall**, declare under penalty of perjury that I am the **Member** of **Shaw Street Properties, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 18th day of July, 2022.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Pierce Hall, Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Pierce Hall, Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Pierce Hall, Member** of this Corporation is authorized and directed to employ **Patrick W. Boatman**, attorney and the law firm of **Boatman Law LLC** to represent the corporation in such bankruptcy case."

Date  **7-18-22**

Signed  *(signature)*
Pierce Hall

Resolution of Board of Directors
of
**Shaw Street Properties, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Pierce Hall, Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Pierce Hall, Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Pierce Hall, Member** of this Corporation is authorized and directed to employ **Patrick W. Boatman**, attorney and the law firm of **Boatman Law LLC** to represent the corporation in such bankruptcy case.

Date  July 18, 2022                        Signed  _[signature]_

Date  _____        Signed  _____