# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 28, 2022

In re:
    Shaw Street Properties, LLC                                         Case Number: 22–20486
    Debtor*                                                                        Chapter: 7

### DEFICIENCY NOTICE REGARDING OBJECTION TO CLAIM PROCEDURE

    Shaw Street Properties, LLC has filed an Objection to Claim, ECF No. 36 and 37, not in compliance with this Court's Objection to Claim Procedure, for the reason(s) indicated below:

☑ Local Form 420B Notice of Objection to Claim not used. No proposed order attached.

☑ Deficient Certificate of Service (Not in Compliance with Bankruptcy Rule 7004). Debtor not served. Creditor must be served at address listed on Proof of Claim.

☑ Deficient Response Deadline. (Date must be at least 30 days after the date the Objection to Claim is filed.) Use proper event under "Claims Actions" – "Objection to Claim"

    Failure to correct and submit an amended objection to claim in compliance with this Court's Objection to Claim Procedure within five (5) business days from the date of this notice will result in an order denying your objection to claim.

    **NOTE: Moving parties without an attorney have an additional three days to correct and submit an amended objection to claim in compliance with this Court's Objection to Claim Procedure.**

Dated: October 28, 2022

                                                                             Pietro Cicolini
                                                                             Clerk of Court

United States Bankruptcy Court                                           Tel. (860) 240–3675
District of Connecticut                                                                VCIS* (866) 222–8029
450 Main Street, 7th Floor                                                    * Voice Case Information System
Hartford, CT 06103                                                                  http://www.ctb.uscourts.gov
                                                                                                                                                                                                     Form 187 – kpb

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.